# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL NO. 3:10-CV-00927 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| FIDELIS ARMS AR-15 TYPE 5.56 MM | ) | MAGISTRATE JUDGE BROWN |
| CALIBER RIFLE SERIAL NUMBER SOC006 | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| Claimant Charles Bloodworth | ) | |

## DEFAULT JUDGMENT AS TO ALL PERSONS OR ENTITIES EXCEPT CHARLES BLOODWORTH

Plaintiff, United States of America, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, has moved for a Default Judgment as to all persons or entities except Charles Bloodworth who may claim to have an interest in the Fidelis Arms AR-15 Type 5.56 MM Caliber Rifle Serial Number SOC006 ("Defendant Property").

On October 5, 2010, the United States of America filed a Verified Complaint *In Rem* seeking forfeiture of the above-captioned defendant property, alleging that the Defendant Property constitutes a firearm involved in or used in any knowing violation of 26 U.S.C. § 5861(d) (receipt or possession of an unregistered National Firearms Act firearm) and is, therefore, forfeitable pursuant to 26 U.S.C. § 5872.

Pursuant to Summons and Warrant for Arrest *In Rem* issued by the Clerk of this Court on October 5, 2010, the Bureau of Alcohol, Tobacco, and Firearms seized the Defendant Property on November 6, 2010.

On October 16, 2010, Charles Bloodworth, was served, via certified mail, return receipt, with a copy of the Verified Complaint *In Rem* and Notice of Judicial Forfeiture Proceedings.

Pursuant to the Notice of Judicial Forfeiture Proceedings, all persons claiming an interest in Defendant Property were required to file their verified claims with the Clerk of this Court within thirty-five (35) days from service of the Verified Complaint *In Rem*, and Notice of Judicial Forfeiture.

Public notice to all persons of said forfeiture action was also advertised on-line at "www.forfeiture.gov," the official internet government forfeiture site, for 30 consecutive days beginning on November 5, 2010 and ending on December 4, 2010.

Pursuant to said notice, all persons claiming an interest in Defendant Property were required to file their verified claims with the Clerk of this Court within sixty (60) days from the first date of publication of the Notice.

No person or entity except Charles Bloodworth has filed a Verified Claim within the time permitted by Title 18, United States Code, Section 983(a)(4)(A), and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure.

The Clerk of this Court has entered a default as to all persons and entities claiming an interest in Defendant Property, pursuant to Rule 55(a) Federal Rules of Civil Procedure.

The United States has now moved for entry of a Default Judgment and this Court is of the opinion that the Motion of the United States should be granted and Default Judgment be entered as to all persons or entities who may claim to have an interest in the Defendant Property with the exception of Charles Bloodworth.

The Motion of the United States for Default Judgment as to all persons or entities with the exception of Charles Bloodworth is hereby GRANTED and so ORDERED.

Dated on this, the _____ day of _____, 20___.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE